IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN C. HUTCHINS,

    Plaintiff,

v.                                      Case No. 4:14cv302-MW/GRJ

OFFICER JODY FRUCHNTNICHT,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.24, and has reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.26.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  Defendant's motion to dismiss, ECF No. 15, is **GRANTED in part and DENIED in part** as follows:

    1.    Plaintiff's claims of conspiracy against Defendants are **DISMISSED**.

    2.    Plaintiff's claims against Defendant McCranie which are premised on supervisory liability are **DISMISSED.**

1

3.       Plaintiff's Fourteenth Amendment claims stemming from the alleged failure to prepare a use of force report are **DISMISSED**.

4.       This case is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on July 17, 2015.**

s/Mark E. Walker            
**United States District Judge**
