**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BRIAN C. HUTCHINS,**

        **Plaintiff,**

v.                            **Case No.  4:14CV302-MW/GRJ**

**OFFICER JODY FRUCHNTNICHT,
et al.,**

        **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report
and Recommendation, ECF No. 46, and has also reviewed *de novo* Plaintiff's
objections to the report and recommendation, ECF No.51.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's
objections, as this Court's opinion.   The motion for leave to appeal in forma
pauperis, ECF No. 41, is **DENIED** because the appeal is not taken in good faith.
This cause is **remanded** to the Magistrate Judge for the assessment of fees.

**SO ORDERED on October 30, 2015.**

                                     **s/Mark E. Walker**
                                     **United States District Judge**