**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**BRIAN C. HUTCHINS,**

**Plaintiff,**

**v.** **Case No. 4:14cv302-MW/GRJ**

**OFFICER JODY FRUCHTNICHT, et al.,**

**Defendants.**

______________________/

# QUALIFIED PROTECTIVE ORDER

After considering defendants' Motion for a Qualified Protective Order, ECF No. 61, pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), and with good cause having been shown, the Court hereby **GRANTS** defendants' Motion.

IT IS HEREBY ORDERED:

That a Qualified Protective Order is necessary to protect plaintiff's privacy interests, and particularly his protected health information in accordance with HIPAA and specifically 45 C.F.R. § 164.512(e)(1)(ii)(B).

That in response to a discovery request or subpoena which is served under the Federal Rules of Civil Procedure, defendants and/or their counsel are permitted to obtain protected health information from Tallahassee Memorial Hospital, Leon County Medical Emergency Service, the Leon County Sheriffs' Office and the Everglades Pre-Release Correctional Institution, (the "covered entities").

That in conjunction with the defense of this litigation, defendants and/or their counsel are permitted to re-disclose plaintiff's protected health information to persons and/or entities including the following: any party to the litigation, counsel for any party to the litigation, non-expert witnesses, expert witnesses, the Office of the Risk Manager for the City of Tallahassee, and any other person permitted by other order of this Court and the Court.

That in order to protect plaintiff's protected health information in accordance with 45 C.F.R. § 164.512(e)(1)(ii)(B), defendants and/or their counsel are:

(a) Prohibited from using or disclosing plaintiff's protected health information for any purpose other than the litigation or proceeding for which information was requested; and

(b) Required to return or destroy any of plaintiff's protected health information (including all copies) that was disclosed by any covered entity, including those identified in defendants' motion, at the end of the proceeding.

**SO ORDERED on February 22, 2016.**

**s/Mark E. Walker**
**United States District Judge**