IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN C. HUTCHINS,
Plaintiff,

vs. Case No. 4:14cv302-MW/GRJ

OFFICER JODY FRUCHTNICHT, et al.,
Defendants.
_______________________________________/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION TO DISCLOSE MEDICAL RECORDS**

Defendants, through undersigned counsel, respond to plaintiff's motion to disclose his medical records (Doc. 64) and state they have provided plaintiff with copies of all medical records received to date at no cost to plaintiff and when other medical records are received, those records will also be provided to plaintiff at no cost.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 23rd day of March 2016, a true and correct copy of the foregoing has been furnished to all counsel registered to be notified by the CM/ECF electronic mail system and by U. S. Mail to plaintiff, Brian C. Hutchins, DC #M73979, Everglades Pre-Release Correctional Institution, 1599 SW 187 Ave, Miami, FL 33194.

*s/Billy J. Hendrix*
Billy J. Hendrix
Assistant City Attorney
FBN: 849529
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, Florida 32301
(850) 891-8554
Fax: (850) 891-8973
Billy.Hendrix@talgov.com
Attorney for Defendants

*s/ Ginger Barry Boyd*
Ginger Barry Boyd, P.A.
FBN: 0294550
BROAD AND CASSEL
4100 Legendary Drive, Suite 280
Destin, Florida 32541
(850) 269-0148
Fax: (850) 521-1472
gbarry@broadandcassel.com
Counsel for Jody Fruchtnicht