IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN C. HUTCHINS,
Plaintiff,

vs. Case No. 4:14cv302-MW/GRJ

OFFICER JODY FRUCHTNICHT, et al.,
Defendants.
_______________________________________/

**AFFIDAVIT OF ATTORNEY'S FEES**
**FOR MOTION FOR SANCTIONS**

STATE OF FLORIDA
COUNTY OF LEON

BEFORE ME, the undersigned authority, duly authorized in the county and state aforesaid to administer oaths and take acknowledgments, personally appeared BILLY J. HENDRIX, who, after being duly sworn, deposes and says:

1. I am the Senior Assistant City Attorney for the above-named defendants. I am over the age of 21 and have personal knowledge of the matters set forth herein. I am competent to testify to all matters stated herein.

2. This affidavit is filed pursuant to the Court's Order (Doc. 86) in support of defendants' Motion for Sanctions (Doc. 70).

3. The undersigned expended 1.0 hour research on the issue of sanctions and 1.0 hour preparing the motion for sanctions for a total of 2.0 hours.

4. A typical and reasonable fee for such matters is $350.00 per hour; however, the undersigned leaves the issue of the total amount of attorney fees to be awarded to the sound discretion of the Court.

FURTHER AFFIANT SAYETH NOT.

Dated this 25th day of October 2016.

Billy J. Hendrix

STATE OF FLORIDA
COUNTY OF LEON

Sworn to and subscribed before me this 25th day of October 2016, by Billy J. Hendrix who is personally known to me.

Signature of Notary Public

Notary, Public, State of Florida

My Commission Expires:

STACEY L SMALL
Commission # FF 011646
Expires April 24, 2017
Bonded Thru Troy Fain Insurance 800-385-7019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 25th day of October 2016, a true and correct copy of the foregoing has been furnished to all counsel registered to be notified by the CM/ECF electronic mail system and by U. S. Mail to plaintiff, Brian C.

Hutchins, DC #M73979, Everglades Pre-Release Correctional Institution, 1599 SW 187 Ave, Miami, FL 33194.

s/Billy J. Hendrix
Billy J. Hendrix
Senior Assistant City Attorney
FBN: 849529
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, Florida 32301
(850) 891-8554
Fax: (850) 891-8973
Billy.Hendrix@talgov.com
Attorney for Defendants